Cochón, Demandante y Apelante, *v.* Correa et al., Demandados y Apelados.

Apelación procedente de la Corte de Distrito de Guayama en pleito sobre cobro de dinero.

No. 3055.—Resuelto en febrero 7, 1924.

Obligaciones—Pago—Prueba—*Non Suit.*—Habiendo probado en este caso el demandante la obligación cuyo cumplimiento reclama, constante en un documento suscrito por los demandados y cuya autenticidad y otorgamiento no han negado, la prueba de su extinción por el pago correspondía a los demandados que lo opusieron y por tanto el tribunal inferior cometió error al estimar que en vista de esa alegación de los demandados debía probar el demandante que el pago no había sido hecho.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. E. Font Suárez y E. Pérez Casalduc.*

Abogado de los apelados: *Sr. B. Fernández García.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

Manuel Cochón Calvo demandó a Valeriano Correa y a Frutos Coris para que le paguen la cantidad de $333.57 y sus intereses de una obligación vencida que reconocieron deber solidariamente a José B. Portela en un pagaré que se inserta en la demanda y que después de varios endosos está en la posesión del demandante. Los demandados no negaron la autenticidad y otorgamiento de ese documento ni su

posesión por el demandante pues se limitaron a alegar en su contestación que habían pagado tal obligación al demandante quien se comprometió a devolverles el pagaré, sin que lo haya hecho.

El demandante presentó en el juicio como única prueba el pagaré original y habiendo alegado entonces los demandados que la prueba del demandante no es suficiente para dictar sentencia a su favor (*non suit*) el tribunal declaró sin lugar la .demanda, por el fundamento de que habiendo alegado los demandados en su contestación que habían pagado la deuda debió haber probado el demandante que el pago no había sido hecho.   Contra esa sentencia interpuso el demandante este recurso de apelación, en el que no han comparecido los demandados, y alega como único motivo del mismo que es erróneo el fundamento en que descansa la sentencia apelada.

Según el artículo 1182 del Código Civil incumbe la prueba de las obligaciones al que reclama su cumplimiento, y la de su extinción al que la .opone.   Por consiguiente habiendo probado el demandante la obligación cuyo cumplimiento reclama, constante en un documento suscrito por los demandados y cuya autenticidad y otorgamiento no han negado, la prueba de su extinción por el pago correspondía a los demandados que lo opusieron y por tanto el tribunal inferior cometió error al estimar que en vista de esa alegación de los demandados debía probar el demandante que el pago no había sido hecho.

La sentencia apelada debe ser revocada y ordenarse la celebración de un nuevo juicio.

> *Revocada la sentencia apelada y ordenado un
> nuevo juicio.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Hutchison y Franco Soto.